# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

IN RE: WANDA L MCCOY  : Chapter: 7
AKA: WANDA MCCOY  : Bankruptcy No: 12-50476-RWK

### PRAECIPE WITHDRAWING THE PROOF OF CLAIM NUMBER 12, FILED BY Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A.

Kindly mark as withdrawn the Proof of Claim **Number 12**, filed by Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A. dated September 20th, 2012, for account number ending in 3581 in the amount of $12,419.37.

Respectfully submitted,
**BECKET & LEE LLP**
BY: /s/ THOMAS A. LEE III

Thomas A. Lee III, Esquire
P.O. Box 3001
Malvern, PA 19355
(610) 644-7800
Attorney/Agent for Creditor



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA, HARRISONBURG DIVISION

IN RE:  WANDA L MCCOY          :   Chapter:    7
AKA:    WANDA MCCOY            :   Bankruptcy No:   12-50476-RWK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2013, a true and correct copy of the

Withdrawal of the Proof of Claim Number 12, filed by Main Street Acquisition Corp., assignee of

CHASE BANK USA, N. A., was served via US First Class Mail, postage pre-paid on the following

parties:

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ THOMAS A. LEE III
Thomas A. Lee III, Esquire
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
(610) 644-7800

Copy of the above served to the following:

HUTMAN, HANNAH WHITE, A
HANNAH W. HUTMAN, PLLC
64 W. WATER ST.
HARRISONBURG VA 22801

W STEPHEN SCOTT, T
PO BOX 2737
CHARLOTTESVILLE VA 22902